FILED IN CHAMBERS
___ ATLANTA

Date: Aug 17 2023

KEVIN P. WEIMER , Clerk

By: Nicole Jenkins
Deputy Clerk

# United States District Court

## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

EDSON AREGUILLIN

CRIMINAL COMPLAINT

Case Number: 1:23-MJ-743

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about August 14, 2023 in Clayton County, in the Northern District of Georgia, defendant(s) did, knowingly provide false statements to a federal firearms licensee and did engage in the business of dealing in firearms while not being authorized to do so;

in violation of Title  18, United States Code § 922(a)(1)(A) [Dealing in Firearms Without a License or Transporting Firearms in Interstate or Foreign Commerce Without a License]; and 922(a)(6) [Providing False Statements to a Federally Licensed Firearms Dealer].

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

Signature of Complainant
ATF S/A JONAH JAMES

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

August 17, 2023

Date

at   Atlanta, Georgia

City and State

CATHERINE M SALINAS
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA STEPHANIE GABAY-SMITH /
stephanie.smith@usdoj.gov

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A COMPLAINT

I, Jonah E. James, depose and say under penalty of perjury:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since May 2021. I am currently assigned to the Atlanta Group I, which is involved in investigating various facets of firearms trafficking. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Prior to becoming an ATF SA, I was a SA for the Air Force Office of Special Investigations for four years, during which time I conducted investigations involving drug use and distribution, aggravated assaults, sexual assaults, and child pornography, among other violations of the Uniform Code of Military Justice (UCMJ) and federal law.  I also hold a bachelor's degree in criminology from West Virginia University in Morgantown, West Virginia.

2.      During my tenure as an ATF SA, I have received training specifically related to firearms trafficking and interviewing firearms traffickers.  I have participated in investigations resulting in the arrest and prosecution of offenders at the federal level.  As a part of those investigations, I have conducted or personally participated in both physical and electronic surveillance.  I have also been involved in the execution of various types of both search and arrest warrants. I have personally conducted and/or assisted in investigations of criminal acts involving violations of Title 18, United States Code

1

("U.S.C."), Sections 922(a)(1)(A) [Dealing in Firearms Without a License or Transporting Firearms in Interstate or Foreign Commerce Without a License], and 922(a)(6) [Providing False Statements to a Federally Licensed Firearms Dealer].

3.       As an ATF SA, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7).  Therefore, I am empowered to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

4.       The facts contained in this affidavit come from my personal observations, ATF records/documents, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

5.       Based on the facts below, there is probable cause that Edson AREGULLIN has committed violations of Title 18, United States Code, Sections 922(a)(1)(A) [Dealing in Firearms Without a License or Transporting Firearms in Interstate or Foreign Commerce Without a License], 922(a)(6) [Providing False Statements to a Federally Licensed Firearms Dealer], and 371 [Conspiracy].

## FIREARMS TRAFFICKING TERMS

6.       **Firearms Trafficking** - The movement of guns from legal to illegal streams of commerce that occurs within states, across state lines, and across international borders. Gun trafficking involves the movement of guns across state lines before their use in a crime. According to ATF data, from 2013 to June of 2023, 12,268 firearms were purchased in Georgia and were recovered and traced in another state.  Approximately 41% of those firearms were recovered and traced in five states - Florida, New York, California, South

Carolina, and North Carolina.  During that same timeframe, an additional 1,050 firearms were purchased in Georgia and were recovered and traced outside of the United States. Approximately 49% of those firearms were recovered and traced in only two countries - Mexico and Canada.  The flow of guns tends to move from states with weaker gun laws, considered "source states," to those with stronger gun laws. These states are also a source of firearms for international smugglers. The biggest recipients of U.S. guns are Canada and Mexico.

7.     **Federal Firearms Licensee (FFL)** - Any person, partnership, or business entity holding a valid license issued by ATF under the authority of 18 U.S.C. Chapter 44 that allows them, or their employees, to "engage in the business" of dealing, manufacturing, importing, or repairing firearms. The term also includes those persons who are pawnbrokers dealing in firearms. By law, all FFLs must keep records of their firearms transactions.

8.     **ATF Form 4473, Firearms Transaction Record** - A form completed and maintained by all FFLs to document the transfer of firearm(s) to an unlicensed individual. The form is completed by both the purchaser and the FFL and contains identifying information concerning the purchaser, firearm, date of transfer, and FFL number. The primary purpose of the form is to determine the eligibility of the purchaser to legally acquire and possess firearms.

9.     **National Instant Criminal Background Check System (NICS)** - A national records system, operated by the FBI, that checks the background of every

3

unlicensed person during the process of acquiring a firearm from an FFL, for the purpose of preventing prohibited persons from acquiring firearms illegally.

10.     **Time to Sale** - The period of time, measured in days, between a retail FFL's receipt of a firearm and the sale or transfer of that firearm. A short time to sale, particularly when a number of inexpensive or identical handguns are involved, may indicate the federally licensed firearms dealer is specifically ordering the firearms at the request of an illegal trafficker or is directly involved with illegal trafficking.

11.     **Time to Crime/Time to Recovery** - The period of time, measured in days, between a firearm's acquisition from a retail market and law enforcement's recovery of that firearm during use, or suspected use, in a crime. A short time to crime usually means the firearm will be easier to trace; however, it is not necessarily an indicator of firearms trafficking. When several short time-to-crime traces involve the same individual or FFL, or when a short time-to-crime trace is coupled with multiple sales information, this may be an indication of illegal trafficking activity.

12.     **Straw purchase** - The acquisition of firearm(s) from an FFL by an individual (the "straw"), for the purpose of concealing the identity of the true intended receiver of the firearm(s). The "actual purchaser" is often the person who is prohibited from purchase who seeks to obtain the firearm through the "straw purchaser."

13.     **National Tracing Center (NTC)** - The only facility/operation in the world that traces the history of firearms recovered in crimes and from juveniles for any Federal, State, or local law enforcement agency in the United States or abroad.

**PROBABLE CAUSE**

14.    I reviewed ATF records pertaining to Edson AREGULLIN. According to ATF records, AREGULLIN purchased approximately one hundred fifty-one (151) firearms from the beginning of 2019 through August 2023. Approximately forty-six (46) of those firearms were purchased in 2023. ATF records revealed that, on many of the occasions that AREGULLIN purchased firearms, the firearms he selected were of similar makes and/or caliber(s), which, based on my training and experience, is an indicator of straw purchasing and firearms trafficking activity. As an example, on August 14, 2023, AREGULLIN purchased fifteen (15) Taurus, models PT111 G2A, G2C, G3C, 9mm pistols[1] from Cherokee Gun & Pawn ("CG&P"), a federal firearms licensee ("FFL"), located in Canton, GA, within the Northern District of Georgia.  During the purchase prior to that, on June 10, 2023, AREGULLIN purchased eight (8) Taurus, models G3X and G2C, 9mm pistols from CG&P.

15.    My review of ATF records also revealed that four (4) of the firearms that AREGULLIN had purchased from FFLs in the Northern District of Georgia were subsequently recovered and traced by law enforcement officers in Mexico as follows:

    a.  On or about March 19, 2020, a Bushmaster, model XM15-E2S, .223 cal rifle was recovered in Queretaro, Mexico, which AREGULLIN purchased approximately 5,421 days earlier, on or about May 15, 2004, at CW Barrett Co, an FFL located in the Northern District of Georgia.

---

[1] Taurus model PT111 G2A, G2C, and G3C are similar pistol models spanning two "generations" of Taurus pistols. All three models are very similar in size and in magazine capacity.

b. On or about May 4, 2022, a Smith & Wesson, model SD9VE, 9mm pistol was recovered in Queretaro, Mexico, which AREGULLIN had purchased approximately 1,807 days earlier, on or about May 23, 2017, at Gable Sporting Goods, an FFL located in the Northern District of Georgia.

c. On or about November 21, 2022, a Palmetto State Armory, model PA-15, multi-caliber rifle was recovered in Guanajuato, Mexico[2], which AREGULLIN had purchased approximately 214 days earlier, on or about April 21, 2022, at CG&P.

- This firearm was recovered by Seguridad Publica Municipal ("SPM") officers following their encounters with armed individuals, likely related to a cartel, at three separate locations. The conflict resulted in eight people dead, and four more people injured. SPM recovered twelve firearms in total.

d. On or about February 20, 2023, a Taurus, model G2C, 9mm pistol was recovered in Queretaro, Mexico, which AREGULLIN had purchased approximately 73 days earlier, on or about December 9, 2022, at CG&P.

- This firearm was recovered in response to law enforcement officers responding to a call about an individual making a disturbance and threats to a clinic. It appeared as if someone had attempted to obliterate the serial number of the firearm.

---

[2] Guanajuato is a state within Mexico that borders the state of Queretaro.

16.     On July 29, 2022, I queried a law enforcement database and determined AREGULLIN was born in Mexico and was permitted to reside and work in the United States as a Lawful Permanent Resident.

17.     On July 30, 2022, I received a phone call from a confidential source of information ("SOI-1") who told me AREGULLIN had attempted to purchase firearms from Academy Sports + Outdoors, an FFL in the Northern District of Georgia, but that Academy Sports + Outdoors refused to sell firearms to AREGULLIN. SOI-1 relayed that AREGULLIN had been observed exiting the store and getting into a Ford F-150 truck bearing Georgia license plate CRQ4247.

18.     I conducted queries of law enforcement databases and determined the Ford F-150 truck bearing Georgia license plate CRQ4247 was registered to Delores Gonzalez. Additionally, AREGULLIN had been associated with Gonzalez at three different residential addresses, including 1296 Banberry Rd SE, Marietta, GA 30067. Both AREGULLIN and Gonzalez had been associated with 1296 Banberry Rd SE, Marietta, GA since approximately January 2019.

19.     On August 1, 2022, I conducted surveillance at 1296 Banberry Rd, SE, Marietta, GA 30067, the address listed on AREGULLIN's Georgia driver's license. I observed the Ford F-150 truck bearing Georgia license plate CRQ4247 parked in the driveway of that residence.

20.     On September 24, 2022, a confidential source of information ("SOI-2") took a photo of AREGULLIN leaving CG&P and getting into a Ford F-150 truck bearing Georgia license plate CRQ4247. SOI-2 provided that photo to me.  SOI-2 also relayed that

AREGULLIN had been in the store with another individual, who was later identified as Giovanny RUIZ PASILLAS, who didn't purchase any firearms.  AREGULLIN purchased one (1) Palmetto State Armory, model PA-15, .223 cal rifle from CG&P on that date.

21.     On October 1, 2022, SOI-2 relayed that AREGULLIN and RUIZ PASILLAS had returned to CG&P together.  On that date, AREGULLIN did not purchase any firearms, but RUIZ PASILLAS purchased five (5) Taurus, model G2C, 9mm pistols – the same type of pistol which AREGULLIN frequently purchased.   During that purchase, RUIZ PASILLAS provided the phone number (470) 652-8015 on the ATF Form 4473.

22.     On October 31, 2022, ATF Forensic Auditor ("FA") Christa Morgan reviewed Georgia Department of Labor ("GA DoL") records for AREGULLIN which were received pursuant to a federal grand jury subpoena dated August 4, 2022. GA DoL records indicated AREGULLIN had been employed by Baldwin Paving Company, Inc. Wages reported from Baldwin Paving Company, Inc. were $34,375 for the first two quarters of 2022, $72,780 for 2021, $66,238 for 2020, $59,146 for 2019, and $48,882 for 2018.

23.     On October 31, 2022, FA Morgan also reviewed Western Union records for payments sent and received by AREGULLIN. Western Union records indicated AREGULLIN received approximately $33,847 from senders in Mexico from the beginning of 2022 to August 4, 2022. AREGULLIN sent approximately $10,512 to recipients in Mexico from the beginning of 2022 to August 4, 2022. AREGULLIN received a net amount of $23,335 from Mexico from the beginning of 2022 to August 4, 2022.  The money received by AREGULLIN was sent to him by several individuals in the state of Queretaro in Mexico, which is the same state in Mexico in which three out of four firearms

were recovered by law enforcement and traced to AREGULLIN as the original purchaser. The money which AREGULLIN sent to Mexico was sent to several individuals who were in different states in Mexico. However, he did not send money to any individual in the state of Queretaro during that time period.

24.     On October 31, 2022, FA Morgan also reviewed MoneyGram records for payments received by AREGUILLIN from the beginning of 2022 to August 4, 2022. AREGULLIN did not send any payments via MoneyGram during this time period. On or about May 24, 2022, AREGULLIN received $2,387 from an individual in the state of Queretaro in Mexico.

25.     Following AREGULLIN's purchase of ten (10) Taurus, model G2C, 9mm pistols from CG&P on December 9, 2022, SOI-2 observed AREGULLIN exit the store and get into the Ford F-150 truck bearing Georgia license plate CRQ4247.

26.     On December 9, 2022, I conducted surveillance at 1296 Banberry Rd SE, Marietta, GA 30067, where I observed the Ford F-150 truck bearing Georgia license plate CRQ4247 arrive at AREGULLIN's residence. I observed AREGULLIN exit the vehicle and enter the residence.

27.     On December 13, 2022, I estimated, based on store receipts, open-source information, and my training and experience, the value of the firearms AREGULLIN had purchased in 2022 to exceed $25,300 (AREGULLIN purchased at least seventy-nine (79) firearms in 2022). From the beginning of 2022 to August 4, 2022, between Western Union and MoneyGram transfers, AREGULLIN received a net amount of $25,722 from Mexico and spent approximately $20,751.79 (i.e., a difference of approximately $4,971) to

purchase firearms.  Based on my training and experience, I know that it is common for straw purchasers to receive an amount of money from the actual purchaser of the firearms that is in excess of the total price of the firearms, allowing the straw purchaser to profit from their purchase of firearms.

28.     On December 19, 2022, I queried a law enforcement database[3], which aggregates license plate reader data captured by various cameras throughout the United States, for records concerning the Ford F-150 truck bearing Georgia license plate CRQ4247. I discovered an image of that vehicle was captured that same day in Cameron County, TX, along U.S. Route 77 southbound. U.S. Route 77 runs concurrently with I-69E through Cameron County, TX before terminating at the Brownsville Gateway Bridge Customs and Border Patrol ("CBP") Site at the U.S.-Mexico border.

29.     On January 18, 2023, I queried a law enforcement database containing CBP information and determined AREGULLIN had crossed into the United States from Mexico at least nine times since August 2017, including twice in 2021 (on October 15, 2021, and on October 28, 2021), twice in 2022 (on January 5, 2022, and on October 28, 2022), and once thus far in 2023 (on January 13, 2023)[4].  During those border crossings, AREGULLIN presented his Lawful Permanent Resident card or passport to gain entry to the United States.  During those five most recent border crossings, AREGULLIN re-entered the

---

[3] This law enforcement database has a standard data retention policy in which license plate images are retained for a default 30 days.  The entity which installs a particular camera may request a longer data retention period.  To my knowledge, the longest period of data retention for any particular camera is 90 days.
[4] Each inbound entry from Mexico to the United States indicates a previous departure from the United States.

United States, via vehicle, at the Brownsville, TX Gateway Bridge CBP Site or at the Los Tomates CBP Site. Both of those CBP sites are located within Cameron County, TX.

30.     On February 23, 2023, I reviewed records from Gable Sporting Goods, Adventure Outdoors, and CG&P concerning RUIZ PASILLAS' purchase of firearms at those locations.  All three of those locations are FFLs, located within the Northern District of Georgia, where AREGULLIN has previously purchased firearms.  A review of those records revealed RUIZ PASILLAS had purchased twenty (20) Taurus, model G2C, 9mm pistols during 2022.  I also received information from SOI-2 that, on December 10, 2022, RUIZ PASILLAS had asked to purchase five (5) Smith & Wesson, model SD9VE, 9mm pistols from CG&P.  CG&P only had one of that kind of pistol in stock, so RUIZ PASILLAS purchased it (the 21st firearms that RUIZ PASILLAS purchased in 2022).  Of note, AREGULLIN purchased five (5) Smith & Wesson, model SD9VE, 9mm pistols, from Adventure Outdoors that same day.

31.     On February 23, 2023, I reviewed ATF records and observed one of the firearms which RUIZ PASILLAS had purchased from an FFL in the Northern District of Georgia was subsequently recovered and traced by law enforcement officers in Mexico.

       a.  On or about December 23, 2022, a Taurus, model G2C, 9mm pistol was recovered in Queretaro, Mexico, which RUIZ PASILLAS had purchased approximately 42 days earlier, on or about November 11, 2022, at CG&P. The serial number on that firearm had been obliterated but was subsequently restored.

11

32.     On March 15, 2023, I reviewed historical cell site information related to AREGULLIN's previous cellular device, which was subscribed and paid by Baldwin Paving Company, his employer during the period requested for the historical cell site information.  The data was received pursuant to a search warrant in case number 1:22-MC-2169, and it covered the period of time October 23, 2020, to December 20, 2022.  According to historical cell site records, AREGULLIN's previous cellular device was in the following relevant locations at relevant times:

a.  On October 13, 2021, the previous device was located near AREGULLIN's residence in Marietta, GA. On October 14, 2021, the previous device was then located in San Benito, TX, a town located approximately 20 miles northwest of the Brownsville Gateway Bridge CBP Site.  AREGULLIN re-entered the United States from Mexico on October 15, 2021, and then again on October 28, 2021.   The previous device was then located near AREGULLIN's residence in Marietta, GA, on October 30, 2021.   No historical cell site location information was available from October 16, 2021, to October 29, 2021.

b.  On December 22, 2021, the previous device was located near AREGULLIN's residence in Marietta, GA, before traveling southwest to San Benito, TX, on December 22-23, 2021.  AREGULLIN re-entered the United States from Mexico on January 5, 2022.  On January 5, 2022, the previous device was located in Brownsville, TX, in the area directly adjacent to the U.S.-Mexico border, before traveling to the area near AREGULLIN's

residence in Marietta, GA on January 5-6, 2022.  No historical cell site location information was available from December 24, 2021, to January 4, 2022.

c.  On October 13, 2022, the previous device was located near AREGULLIN's residence in Marietta, GA, before traveling southwest to Brownsville, TX, in the area directly adjacent to the U.S.-Mexico border, on October 13-14, 2022. AREGULLIN re-entered the United States from Mexico on October 28, 2022.  On October 28, 2022, the previous device was located in San Benito, TX, before traveling to the area near AREGULLIN's residence in Marietta, GA on October 28-29, 2022.  No historical cell site location information was available from October 15, 2022, to October 27, 2022.

d.  On December 19, 2022, the previous device was located near AREGULLIN's residence in Marietta, GA, before traveling southwest to Brownsville, TX, in the area directly adjacent to the U.S.-Mexico border, on December 19-20, 2022.  AREGULLIN re-entered the United States from Mexico on January 13, 2023.

e.  Based on my training and experience, I believe that during the above-specified periods of time where no historical cell site information was available, AREGULLIN's previous cellular device was powered off, in airplane mode, or otherwise unable to connect to the parent network.  One reason that device may be unable to connect to the parent network would be if the phone was outside of the service area or the country.

13

33.    On March 17, 2023, I applied for and received a search warrant, in case number 1:23-MC-500, to obtain geo-location information for AREGULLIN's previous cellular device for a period of 30 days.  I received returns from the provider from March 17, 2023, to April 15, 2023; however, the returns did not contain any geo-location information, with the exception of a short period of time on April 6-7, 2023.  On April 6-7, 2023, when geo-location data was obtained, the previous device was located in the vicinity of Baldwin Paving Company. Of note, service for AREGULLIN's prior phone was in the name of the Baldwin Paving Company, consistent with it being a work cell phone.

34.    According to information received from the Georgia Department of Labor in June 2023, Baldwin Paving Company, Inc. was AREGULLIN's employer from the 3rd quarter of 2017 through the first quarter of 2023. For the first quarter of 2023, only $1,375.00 in wages were reflected for AREGULLIN, far less than the amounts in the preceding quarters. Based on my training and experience, I believe AREGULLIN's previous cellular device was powered off, in airplane mode, or otherwise unable to connect to the parent network for the majority of the monitoring period, which may have been indicative of AREGULLIN returning a company cell phone to his employer. This explanation is consistent with AREGULLIN being paid far less wages in the 1st quarter of 2023, as if his employment were terminated or curtailed.

35.    On June 1, 2023, FA Morgan reviewed Western Union records for payments sent and received by AREGULLIN which were received pursuant to a federal grand jury subpoena dated April 19, 2023.  Western Union records indicated AREGULLIN sent approximately $2,306 to recipients in Mexico during the period of time August 5, 2022, to

April 19, 2023.   AREGULLIN did not send any payments via Western Union after September 12, 2022.  AREGULLIN only received one payment via Western Union during this time period, equal to approximately $2,457.  The payment was sent from and received at the same Western Union agent location in the state of Queretaro in Mexico on September 17, 2022, and it was transferred and received in Mexican Pesos.  Of note, according to previously obtained historical cell site information, AREGULLIN's previous cellular device was located in the Northern District of Georgia on September 17, 2022.  The money which AREGULLIN sent to Mexico was sent to several individuals in several different states in Mexico; however, he did not send money to any individual in the state of Queretaro during that time period.

36.     On June 10, 2023, I received information from another employee at CG&P, herein Source of Information 3 ("SOI-3"), which indicated AREGULLIN had purchased eight (8) Taurus, models G3X and G2C, 9mm pistols from CG&P that same day. AREGULLIN was accompanied by RUIZ PASILLAS and a third individual, Escat OCHOA.  On June 10, 2023, RUIZ PASILLAS and OCHOA both purchased two (2) firearms from CG&P.  According to SOI-3, AREGULLIN and RUIZ PASILLAS left CG&P in the same vehicle, a black Chevrolet truck, and OCHOA left in a separate vehicle. RUIZ PASILLAS provided the phone number (470) 652-8015 on the ATF Form 4473 he filled out at the point of sale on June 10, 2023.  OCHOA provided the phone number (678) 755-9464 on the ATF Form 4473 he filled out at the point of sale on June 10, 2023.

37.     On June 12, 2023, I reviewed the two ATF Forms 4473 which AREGULLIN completed at the point of his firearm purchases in June of 2023. On both of the forms, AREGULLIN provided the phone number (470) 726-6835.

38.     On June 12, 2023, I queried a law enforcement database and determined AREGULLIN's cellular device was a T-Mobile device and was associated with AREGULLIN.

39.     On June 22, 2023, I applied for and received a search warrant, in case number 1:23-MC-1126, to obtain subscriber information, call detail records, historical cell site, and historical timing advance data, among other information, for AREGULLIN's cellular device for the period of time June 2, 2023, to June 11, 2023.  The returns indicated AREGULLIN's cellular device was a Samsung, model A32 cellular device assigned the IMEI number 353245907459220 and was subscribed in AREGULLIN's name.  Analysis of the call detail records revealed that on June 10, 2023, AREGULLIN called both RUIZ PASILLAS and OCHOA within one to two and a half hours before all three went to CG&P and purchased firearms.  Additionally, the call detail records showed AREGULLIN and OCHOA exchanged text messages on June 7, 2023.

40.     On August 14, 2023, I received information from SOI-2 indicating that AREGULLIN was inside of CG&P and was in the process of purchasing fifteen (15) Taurus pistols.

41.     On August 14, 2023, I contacted the Cherokee County Sheriff's Office (CCSO) and requested their assistance in initiating a stop of AREGULLIN's vehicle as I suspected, based on my training, experience, and facts of the case to date, that

AREGULLIN was engaged in firearms trafficking activity. I provided CCSO deputies with the vehicle description, including the vehicle's tag number, and requested they initiated a traffic stop of AREGULLIN's vehicle, should they develop their own independent probable cause for a traffic stop.  Shortly after AREGULLIN departed CG&P, deputies initiated a traffic stop on AREGULLIN's vehicle along the entrance ramp to Highway 140 eastbound in Canton, GA because AREGULLIN's vehicle had an illegal window tint. CCSO cited AREGULLIN for the window tint violation. Deputies contacted me following their traffic stop.  Based upon the totality of the circumstances, AREGULLIN was detained for approximately 20 minutes until ATF agents arrived at the location of the traffic stop.

42.    On August 14, 2023, I, along with other agents, interviewed AREGULLIN along the roadside of the entrance ramp to Highway 140 eastbound in Canton, GA.  Agents read AREGULLIN a statement of his Miranda rights, which he waived, and he agreed to speak with agents.  AREGULLIN stated the following of note:

    a.  I told AREGULLIN he had purchased approximately one hundred fifty (150) and I asked him where they were located.  AREGULLIN initially told me the firearms were located at his residence.  AREGULLIN later stated he had a survival bunker somewhere in Carrol County, GA, near Temple, GA, and he had a "safe" inside, which he estimated contained over one hundred (100) firearms.  AREGULLIN refused to provide agents with the location of the safe/bunker to verify the firearms were still there.  AREGULLIN insisted the firearms he had purchased were not in Mexico but were located within the United States.

17

b.  I asked AREGULLIN if he could provide the names of other individuals involved in this scheme.   AREGULLIN stated he could not.   I asked AREGULLIN about RUIZ PASILLAS and OCHOA.   AREGULLIN admitted they both had been shopping with him at CG&P.

c.  AREGULLIN stated he currently had "an AR and a .45 [cal]" at his residence.

d.  AREGULLIN stated the fifteen (15) Taurus firearms he had just purchased from CG&P were going to go to his safe.  I asked AREGULLIN where his safe was located and he stated in substance, "If I tell you, it's going to get other people involved."

e.  AREGULLIN stated he wanted to have a lot of firearms to be prepared when the next COVID happened, so he would have firearms to sell and trade.

f.  AREGULLIN stated he had sold approximately three (3) firearms to "some guy" during COVID.  AREGULLIN stated those were the only firearms he had ever sold.

g.  AREGULLIN stated he normally went to Mexico in October, for two to three weeks, and in December, for about a month.  AREGULLIN stated he went to Mexico in approximately the second week of December 2022.  I asked AREGULLIN if he still had all of the firearms he had purchased right before he left for Mexico in December.  AREGULLIN twice stated, "Everything is in there," referring to the bunker.

18

- AREGULLIN purchased ten (10) Taurus, model G2C, 9mm pistols from CG&P on December 9, 2022.  One of those Taurus pistols was recovered by law enforcement in Queretaro, Mexico on or about February 20, 2023, approximately 73 days after AREGULLIN purchased it.

h.   I confronted AREGULLIN with the fact that one of the firearms he had purchased in December 2022, just before going to Mexico, was recovered shortly thereafter in Mexico.  AREGULLIN's only response was "okay."

i.   AREGILLIN stated he only had one phone and he used it for both work and as a personal phone.

j.   AREGULLIN stated he visited Queretaro when he went to Mexico because that is where his family and children live.

43.   On August 14, 2023, agents seized the fifteen (15) Taurus, models PT111 G2A, G2C, G3C, 9mm pistols which AREGULLIN had just purchased, as well as an additional firearm AREGULLIN had been carrying in his vehicle by the driver's seat, a box of 1000 rounds of ammunition, and AREGULLIN's cellular device.

44.   On August 16, 2023, I reviewed the ATF Forms 4473 relating to AREGULLIN's purchase of firearms which are known to me at this time.  I observed AREGULLIN provided the home address 1296 Banberry Rd SE, Marietta, GA 30067 on each ATF Form 4473 he had completed since July 31, 2019.

45.   On June 12, 2023, I reviewed approximately fifty-two (52) ATF Forms 4473, Firearms Transaction Records, completed by AREGULLIN, which document his purchase

of firearms from May 23, 2017, to present.   On each ATF Form 4473 reviewed, AREGULLIN checked "Yes" next to question 21.a, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."[5]

46.   On August 16, 2023, FA Morgan reviewed MoneyGram records for payments received by AREGULLIN which were received pursuant to a federal grand jury subpoena dated April 19, 2023. MoneyGram records indicated AREGULLIN received approximately $29,146 Mexico during the period of time August 5, 2022, to April 19, 2023. AREGULLIN did not send any payments via MoneyGram during this time period.   The money received by AREGULLIN was sent by several individuals in the state of Queretaro in Mexico, which is the same state in Mexico in which three out of four firearms were recovered which were recovered by law enforcement and traced to AREGULLIN as the original purchaser.

47.   On August 16, 2023, I estimated, based on store receipts, open-source information, and my training and experience, the value of the firearms AREGULLIN had purchased since August 5, 2022, to be approximately $16,180.01.  From August 5, 2022, to April 19, 2023, between Western Union and MoneyGram transfers, AREGULLIN received a net amount of $29,297 from Mexico and spent approximately $11,220 (i.e., a

---

[5] The ATF Form 4473 was revised in May 2020.  During purchases prior to May 2020, AREGULLIN would have checked "Yes" beside question 11.a on the ATF Forms 4473.  Question 21.a on the current revision of the ATF Form 4473 and question 11.a on the previous revision of the ATF Form 4473 are materially the same question.

difference of approximately $18,077) to purchase firearms.  Based on my training and experience, I know that it is common for straw purchasers to receive an amount of money from the actual purchaser of the firearms that is in excess of the total price of the firearms, allowing the straw purchaser to profit from their purchase of firearms.

48.     ATF Industry Operations Investigator (IOI) Shaun Griffith queried an ATF database and determined that AREGULLIN does not possess a license to deal firearms.

## **CONCLUSION**

49.     Based on the foregoing, I respectfully submit probable cause exists to believe that Edson AREGULLIN has committed violations of Title 18, United States Code, Sections 922(a)(1)(A) [Dealing in Firearms Without a License or Transporting Firearms in Interstate or Foreign Commerce Without a License], and 922(a)(6) [Providing False Statements to a Federally Licensed Firearms Dealer].