ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 23 2024
KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDSON AREGULLIN | Criminal Indictment<br><br>No. **1:24CR0030** |

THE GRAND JURY CHARGES THAT:

### Count One

### (Conspiracy to Traffic in Firearms –
### Title 18, United States Code § 933(a)(3))

Beginning on or about January 2020 and continuing through on or about August 14, 2023, in the Northern District of Georgia and elsewhere, the defendant, EDSON AREGULLIN, did knowingly conspire and agree with persons known and unknown to the grand jury to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm, including, but not limited to, the following:

- Twenty-Three (23) Taurus, model G2C, 9mm caliber pistols;
- Two (2) Palmetto State Armory, model PA-15, .223 caliber rifles; and
- Three (3) Taurus, model g3XL, 9mm caliber pistols,

to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(3).

## Count Two

**(Trafficking in Firearms –Title 18, United States Code § 933(a)(1))**

On or about April 21, 2022, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did ship, transport, transfer, cause to be transported, and otherwise dispose of at least one of the following firearms, to wit:

- Five (5) Taurus, model G2C, 9mm caliber pistols; and
- Two (2) Palmetto State Armory, model PA-15, .223 caliber rifles,

to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1).

## Count Three

**(Trafficking in Firearms –Title 18, United States Code § 933(a)(1))**

On or about December 9, 2022, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did ship, transport, transfer, cause to be transported, and otherwise dispose of at least one of the firearms, to wit:

- Ten (10) Taurus, model G2C, 9mm caliber pistols,

to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, as defined in Title 18, United

States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1).

## Count Four
### (Trafficking in Firearms –Title 18, United States Code § 933(a)(1))

On or about January 27, 2023, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did ship, transport, transfer, cause to be transported, and otherwise dispose of at least one of the following firearms, to wit:

- Eight (8) Taurus, model G2C, 9mm caliber pistols; and
- Three (3) Taurus, model g3XL, 9mm caliber pistols,

to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1).

## Count Five
### (False Statements to a Federal Firearms Licensee – Title 18, United States Code § 922(a)(6))

On or about April 21, 2022, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did knowingly make a false and fictitious written statement to Cherokee Gun & Pawn Inc., a licensed dealer of firearms under Chapter 44 of Title 18, United States Code, in connection with the acquisition of at least one of the following firearms from Cherokee Gun & Pawn Inc., that is:

- Five (5) Taurus, model G2C, 9mm caliber pistols; and

- Two (2) Palmetto State Armory, model PA-15, .223 caliber rifles,

which statement was intended and likely to deceive Cherokee Gun & Pawn Inc. as to a fact material to the lawfulness of the acquisition of the firearms, in that Defendant AREGULLIN completed ATF Form 4473 purporting that he was the actual transferee and buyer of the firearms and not purchasing the firearms on behalf of another person, when, in fact, G.P.S. was the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

## Count Six
### (False Statements to a Federal Firearms Licensee – Title 18, United States Code § 922(a)(6))

On or about December 9, 2022, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did knowingly make a false and fictitious written statement to Cherokee Gun & Pawn Inc., a licensed dealer of firearms under Chapter 44 of Title 18, United States Code, in connection with the acquisition of at least one of the following firearms from Cherokee Gun & Pawn Inc., that is:

- Ten (10) Taurus, model G2C, 9mm caliber pistols,

which statement was intended and likely to deceive Cherokee Gun & Pawn Inc. as to a fact material to the lawfulness of the acquisition of the firearms, in that Defendant AREGULLIN completed ATF Form 4473 purporting that he was the actual transferee and buyer of the firearms and not purchasing the firearms on behalf of another person, when, in fact, G.P.S. was the true transferee and buyer

of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

**Count Seven**
**(False Statements to a Federal Firearms Licensee – Title 18, United States Code § 922(a)(6))**

On or about January 27, 2023, in the Northern District of Georgia, the defendant, EDSON AREGULLIN, did knowingly make a false and fictitious written statement to Cherokee Gun & Pawn Inc., a licensed dealer of firearms under Chapter 44 of Title 18, United States Code, in connection with the acquisition of at least one of the following firearms from Cherokee Gun & Pawn Inc., that is:

- Eight (8) Taurus, model G2C, 9mm caliber pistols; and
- Three (3) Taurus, model g3XL, 9mm caliber pistols,

which statement was intended and likely to deceive Cherokee Gun & Pawn Inc. as to a fact material to the lawfulness of the acquisition of the firearms, in that Defendant AREGULLIN completed ATF Form 4473 purporting that he was the actual transferee and buyer of the firearms and not purchasing the firearms on behalf of another person, when, in fact, G.P.S. was the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), and Section 2.

**Forfeiture Provision**

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, EDSON AREGUILLIN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section

2461(c), all firearms, and ammunition involved in and used in the commission of the offenses.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Stephanie Gabay-Smith*
STEPHANIE GABAY-SMITH
*Assistant United States Attorney*
Georgia Bar No. 663519
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

6